UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:21-cv-22848-KMM

MIAMI BEACH COMMUNITY DEVELOPMENT
CORPORATION, INC.

    Plaintiff,

v.

USI INSURANCE SERVICES, LLC, AMRISC, LLC,
and AFCO PREMIUM CREDIT, LLC.

    Defendants

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Stephen M. Dane** of the law firm of **Dane Law LLC, 312 Louisiana Ave., Perrysburg, Ohio, 43551, 419-873-1814,** for purposes of appearance as co-counsel on behalf of **Plaintiff, Miami Beach Community Development Corporation, Inc.,** in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit **Stephen M. Dane** to receive electronic filings in this case, and in support thereof states as follows:

    1.    **Stephen M. Dane** is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of Ohio and the District of Columbia, as well as several federal courts across the country.

    2.    Movant, **Matthew W. Dietz, Esquire, Litigation Director, Disability Independence Group, Inc., 2990 Southwest 35th Avenue, Miami, FL 33133, 305-669-2822,** is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be

filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, **Stephen M. Dane**, has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. **Stephen M. Dane**, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to **Stephen M. Dane** at email address: **sdane@fairhousinglaw.com**.

WHEREFORE, **Matthew W. Dietz**, moves this Court to enter an Order **Stephen M. Dane**, to appear before this Court on behalf of **Plaintiff Miami Beach Community Development Corporation, Inc.,** for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to **Stephen M. Dane**.

Respectfully submitted on this August 12, 2021.

By: */s/ Matthew W. Dietz*
MATTHEW W. DIETZ, ESQ.
Florida Bar No.: 0084905
Disability Independence Group, Inc.
2990 Southwest 35th Avenue
Miami, Florida 33133
Tel: (305) 669-2822
Mdietz@justDIGit.org
aa@justdigit.org

*Counsel for Plaintiff*