UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-22848-KMM

MIAMI BEACH COMMUNITY DEVELOPMENT
CORPORATION, INC.

    Plaintiff,

v.

USI INSURANCE SERVICES, LLC, AMRISC, LLC,
and AFCO PREMIUM CREDIT, LLC.

    Defendants
_____/

### CERTIFICATION OF STEPHEN M. DANE

    Stephen M. Dane, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State of Ohio and the District of Columbia, as well as several federal courts across the country. and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                                          Stephen M. Dane