UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:21-cv-22848-KMM

MIAMI BEACH COMMUNITY DEVELOPMENT
CORPORATION, INC.

    Plaintiff,

v.

USI INSURANCE SERVICES, LLC, AMRISC, LLC,
and AFCO PREMIUM CREDIT, LLC.

    Defendants
_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Stephen M. Dane, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Stephen M. Dane may appear and participate in this action on behalf of Plaintiff Miami Beach Community Development Corporation, Inc. The Clerk shall provide electronic notification of all electronic filings to Stephen M. Dane, at sdane@fairhousinglaw.com.

DONE AND ORDERED in Chambers at Miami Dade, Florida, on this _____.

                                                                          Honorable K. Michael Moore.
                                                                          United States District Judge

Copies furnished to: All Counsel of Record