UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-22848-KMM

MIAMI BEACH COMMUNITY DEVELOPMENT
CORPORATION, INC.,

    Plaintiff,

v.

AMRISC, LLC; and AFCO CREDIT CORP.,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT**

Defendants AMRISC, LLC and AFCO Credit Corp. respectfully request the Court grant an extension of time for AMRISC and AFCO to respond to Plaintiff Miami Beach Community Development Corporation, Inc.'s Amended Complaint [ECF No. 38] and serve initial disclosures, pursuant to Federal Rule Civil of Procedure 6(b)(1)(A).

Defendants' responses to the Amended Complaint are currently due January 15, 2022. *See* Dec. 21, 2021 Order [ECF No. 39]. The Parties met for a settlement discussion on January 5, 2022 and have reached an agreement on most of the material terms of a settlement. Defendants seek additional time to fully resolve and finalize a written settlement agreement ending the dispute. As such, Defendants respectfully request an extension of time to respond to the Complaint and serve initial disclosures for an additional 31 days—through February 15, 2022.

Plaintiff does not oppose the relief sought in the Motion.

Good cause thus exists to extend the time for Defendants' response to the Complaint. *See* Fed. R. Civ. P. 6(b)(1)(A). No party will be prejudiced by this extension, and the extension is not

sought for the purpose of delay, but rather to avoid the unnecessary consumption of the Court's valuable time and resources.

Therefore, Defendants respectfully request the Court enter an Order extending to February 15, 2022 Defendants' time to respond to serve initial disclosures and respond to the Complaint.

### **CERTIFICATION UNDER LOCAL RULE 7.1(A)(3)**

Cynthia G. Burnside, counsel for AMRISC and AFCO, conferred with Matthew Dietz, counsel for Plaintiff, regarding the relief requested herein. Mr. Dietz does not object to the request to extending the deadline to respond to the Complaint.

Dated: January 7, 2022.               Respectfully submitted,

**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: 305-374-8500

Andrew W. Balthazor
Florida Bar No. 1019544
andrew.balthazor@hklaw.com

**HOLLAND & KNIGHT LLP**
800 17th Street N.W., Suite 1100
Washington, DC 20006
Telephone: 202-955-3000

Lynn E. Calkins
District of Columbia Bar No. 445854
lynn.calkins@hklaw.com
*admitted pro hac vice*

**HOLLAND & KNIGHT LLP**
1180 West Peachtree Street NW, Suite 1800
Atlanta, GA 30309
Telephone: 404-817-8500

- 3 -

        Cynthia G. Burnside
        District of Columbia Bar No. 445854
        cynthia.burnside@hklaw.com
        *admitted pro hac vice*

        *Attorneys for Defendants*